IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIK MATTSON,  No. 3:18-cv-00990-YY

        Plaintiff,  ORDER

    v.

NEW PENN FINANCIAL, LLC,

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Youlee Yim You issued a Findings and Recommendation on October 12, 2023, in which she recommends that this Court grant Defendant's Motion to Deny Class Certification. F&R, ECF 115. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 119. When any party objects to any portion of the Magistrate Judge's Findings &

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation, ECF 115. The Court, therefore, GRANTS Defendant's Motion to Deny Class Certification, ECF 74.

IT IS SO ORDERED.

DATED:  January 2, 2024  .

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER